UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICK ALMONTE ESPINAL, JUAN FRAILYN ALMONTE ESPINAL, JUAN ADONIS ALMONTE ESPINAL, ANA MIRANDA ALMONTE ESPINAL, ALISHA EMELY RODRIGUEZ BATISTA, JUAN RAMON ALMONTE DIAZ, ANA MARIA ESPINAL, and JHOAN ALBERTO MARCHENA GOMEZ,

      Plaintiffs,

-v.-

POLICE OFFICER O'CONNOR, POLICE OFFICER JESELSOM, SERGEANT PENA, UNKNOWN OFFICERS 4 THROUGH 25, and THE CITY OF NEW YORK,

      Defendants.

25 Civ. 5089 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

  The Court has received the parties' proposed Case Management Plan (Dkt. #26) and accompanying joint letter (Dkt. #27). Because this case has been selected for participation in this District's Section 1983 Plan, the Court will not enter the Case Management Plan at this time. *See* Local Civil Rule 83.10. (*See* 6/17/2025 Minute Entry ("NOTICE OF PARTICIPATION IN LOCAL CIVIL RULE 83.10"); 10/6/2025 Minute Entry ("LOCAL CIVIL RULE 83.10 … 100-DAY REVIEW"); 10/6/2025 Minute Entry ("NOTICE OF SELECTION FOR MEDIATION")).

2

SO ORDERED.

Dated: November 4, 2025
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge