# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW

GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

December 27, 2025

**BY ECF**
Honorable Judge Failla
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Motion to Consolidate 25-cv-04100-PAE and 25-cv-05089-KPF

Dear Judge Failla:

    Please disregard docket entries 29 and 30 which pertain to a motion to consolidate the above captioned dockets.  The motion to consolidate should be filed on 25-cv-04100 and directed to Judge Engelmayer because 25-cv-04100 was filed earlier in time.  Apologies.

Respectfully,

/s/ Alex Garber
Alex Garber

Attorney for Erick Almonte Espinal, Juan Gabriel Almonte Espinal, Juan Ramon Almonte Diaz, Ana Maria Espinal, Juan Adonis Almonte Espinal, Juan Frailyn Almonte Espinal, Ana Miranda

cc: All counsel by email and ECF