UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ERICK ALMONTE ESPINAL, JUAN FRAILYN ALMONTE ESPINAL, JUAN ADONIS ALMONTE ESPINAL, ANA MIRANDA ALMONTE ESPINAL, ALISHA EMELY RODRIGUEZ BATISTA, JUAN RAMON ALMONTE DIAZ, ANA MARIA ESPINAL, and JHOAN ALBERTO MARCHENA GOMEZ,

                                                  Plaintiffs,

-against-

POLICE OFFICER O'CONNOR, POLICE OFFICER JESELSOM, SERGEANT PENA, UNKNOWN OFFICERS 4 THROUGH 25, and THE CITY OF NEW YORK,

                                                  Defendants.

------------------------------------------------------------------- x

25 Civ. 5089 (KPF)

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendant the City of New York.

Dated:       New York, New York
               January 21, 2026

                                                  MURIEL GOODE-TRUFANT
                                                  Corporation Counsel of the City of
                                                      New York
                                                  *Attorney for Defendant City*
                                                  100 Church Street,
                                                  New York, New York 10007
                                                  P: (212) 356-2670

                                                By:    /s/ *John McLaughlin*
                                                           John McLaughlin, Esq.
                                                           *Assistant Corporation Counsel*

Cc:     *All counsel of record* (via ECF)