GLENN A. GARBER, P.C.
ATTORNEYS AT LAW
GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370 FAX: 212-965-9375
WWW.GLENNGARBER.COM

August 17, 2026

MEMO ENDORSED

**BY ECF**
Honorable Judge Katherine Polk Failla
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Mediation Update, *25-cv-05089-KPF Almonte Espinal et al v. O'Connor et al*

Dear Judge Failla:

We write jointly on behalf of Plaintiffs and the City of New York in the above captioned matter to update the Court on the status of mediation.

On July 16, 2026, the parties attended a joint mediation for this case and 25 Civ. 04100-PAE at 40 Foley Square. Robert Whitman presided as mediator. During the mediation, the parties agreed to re-schedule the mediation for Plaintiffs to serve further medical records and to provide updated medical releases. We are working on re-scheduling the mediation.

Additionally, in light of the Court granting Plaintiffs' motion to amend the complaint (Dkt. Entry 37), the City consented until after the mediation concluded for Plaintiffs to serve the newly named individual defendants.

Given the respective vacation and trial schedules of the the parties, the parties propose the following scheduling deadlines:

- October 15, 2026 for the completion of mediation.
- If the mediation is unsuccessful, November 7, 2026 for the City to file an answer and for Plaintiff to serve the individual defendants.

Thank you for your consideration,

ag
Alex Garber
Attorney for Plaintiffs

cc: All counsel by email and ECF

The Court thanks the parties for this joint status update. It approves of the their proposed schedule.

The parties shall complete mediation on or before **October 15, 2026**, and provide a status update to the Court on or before **October 22, 2026.**

Should it be necessary, on or before **November 7, 2026**, Defendant City of New York shall file its answer, and Plaintiff shall serve the individual Defendants.

Dated: August 18, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE