THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOHN CARNEVALE**
*Assistant Corporation Counsel*
Tel.: (212) 356-2415
Fax: (212) 356-3509
jcarneval@law.nyc.gov

October 1, 2026

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Almonte Espinal et al. v. O'Connor et al.*,
Docket No. 25-cv-5089 (KPF)

Your Honor:

We write jointly on behalf of plaintiffs and defendant City of New York to update the Court on the status of mediation and request a brief extension of the mediation completion deadline established by the Court's August 18, 2026 Order (ECF 43).

As explained in the parties' August 17 status report, the July 16 mediation was adjourned to allow plaintiffs to provide supplemental medical records and updated authorizations. Plaintiffs have since supplemented their medical disclosures, most recently by providing a link to medical records on September 23. The parties and mediator Robert Whitman have scheduled a continued mediation addressing this action and the related action, No. 25-cv-4100 (PAE), for October 19, 2026, at 10:00 a.m., by videoconference.

Plaintiffs' counsel's trial schedule and Mr. Whitman's availability resulted in the parties scheduling the continued session for October 19. Accordingly, the parties respectfully request that the deadline to complete mediation be extended from October 15 to October 19, 2026. The parties will submit the further status report required by the Court by October 22, 2026. They do not seek any change to the November 7, 2026 deadlines for the City to answer and plaintiffs to serve the individual defendants, should those steps remain necessary.

Thank you for your consideration.

Respectfully submitted,

/s/ JCarnevale
John Carnevale
*Assistant Corporation Counsel*
Special Federal Litigation Division