UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK ALMONTE ESPINAL, JUAN FRAILYN ALMONTE ESPINAL, JUAN ADONIS ALMONTE ESPINAL, ANA MIRANDA ALMONTE ESPINAL, ALISHA EMELY RODRIGUEZ BATISTA, JUAN RAMON ALMONTE DIAZ, ANA MARIA ESPINAL, and JHOAN ALBERTO MARCHENA GOMEZ,

Plaintiffs,

-v.-

POLICE OFFICERS RYAN ODEA, JARED SANTIAGO, SIMON MANCILLA, TYLER HANSON, ALFONSO MENDEZ, ERICA FRIAS, FERNANDA FERRER DIAZ, LUIS SANCHEZ JIMENEZ, JACOB NOGRADY, EVAN JESELSON, ULISES SANTANA, RAIDELYS LOPEZ-MARTINEZ, SATINDERPAL SINGH, NICHOLAS MARSCHEIDER, SHAWN MORRIS, DARRYL PERRY, CHRISTOPHER O'CONNOR, SERGIO NUNEZ LOPEZ, VALMIR NIKQI, MATTHEW GUERRIDO, NELSON PENA, NOAH HOLLAND, DORIS MIRANDA, ROBERT SPATAFORE, and THE CITY OF NEW YORK,

Defendants.

25 Civ. 5089 (KPF)

**ORDER OF DISCONTINUANCE**

KATHERINE POLK FAILLA, District Judge:

By Report of the Mediator to the Clerk dated October 19, 2026, the parties reported to the Court that they have reached a settlement in principle in this case. Accordingly, it is hereby:

ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within sixty (60) days of

the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiffs may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiffs have not requested restoration of the case to the active calendar within such 60-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: October 21, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge